No. 91–424. HILLIARD *v.* CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–616. DILLER *v.* SELVIN & WEINER ET AL.; and
No. 91–635. DILLER *v.* SELVIN & WEINER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–671. SANDERS ET AL. *v.* CITY OF BRADY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 91–672. NEW YORK CITY HEALTH & HOSPITALS CORPORATION ET AL. *v.* EZEKWO. C. A. 2d Cir. Certiorari denied.

No. 91–675. SAGAN *v.* DISCIPLINARY COUNSEL. Sup. Ct. Ohio. Certiorari denied.

No. 91–677. SIMON *v.* SIMON ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–679. T. HARRIS YOUNG & ASSOCIATES, INC. *v.* MARQUETTE ELECTRONICS, INC. C. A. 11th Cir. Certiorari denied.

No. 91–682. SPECTRONICS CORP. *v.* H. B. FULLER CO., INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 91–684. STOUDER MEMORIAL HOSPITAL *v.* CHRISTOPHER. C. A. 6th Cir. Certiorari denied.

No. 91–686. GEORGIA *v.* ASHLEY. Sup. Ct. Ga. Certiorari denied.

No. 91–688. AEROVIAS NACIONALES DE COLOMBIA, S. A., ET AL. *v.* ALVAREZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF ALVAREZ, DECEASED, ET AL. C. A. 11th Cir. Certiorari denied.